1  DENISE BOURGEOIS HALEY
   ATTORNEY AT LAW: 143709
2  LAW OFFICES OF LAWRENCE D. ROHLFING
   12631 EAST IMPERIAL HIGHWAY, SUITE C-115
3  SANTA FE SPRINGS, CALIFORNIA 90670-4756
   562/868-5886
4  FAX: 562/868-5491

5  ATTORNEYS FOR PLAINTIFF RICKY LONG

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKY LONG, | Case No.: CV 04-5950 AJW |
| Plaintiff, | ORDER |
| vs. | |
| JO ANNE B. BARNHART, Commissioner of the Social Security Administration, | |
| Defendant. | |

IT IS HEREBY ORDERED, that the plaintiff be awarded attorney fees in the amount of FOUR THOUSAND dollars ($4,000.00).

IT IS SO ORDERED.

DATE: January 17, 2006

/ s /

THE HONORABLE ANDREW J. WISTRICH
UNITED STATES MAGISTRATE JUDGE

-1-